```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
UNITED STATES OF AMERICA,

        -against-                        ORDER
                                         07-CR-744

FRANK LOBACZ,

            Defendant.
-----------------------------X
A P P E A R A N C E S:

For the Government:
    Loretta Lynch
    United States Attorney
    Eastern District of New York
    Federal Plaza
    Central Islip, New York  11722
      By:  Michael Canty, A.U.S.A.
           James Miskiewicz, A.U.S.A.

For Defendant:
    Barry Pittman, Esq.
    26 Saxon Avenue
    P.O. Box 5647
    Bay Shore, New York  11706-0455

HURLEY, Senior District Judge
```

I spoke with Doctor David O. Martin today. Jury selection has been rescheduled for October 18, 2010 beginning at 9:30 a.m.

SO ORDERED.

Dated: October 6, 2010
       Central Islip, New York

_____/S/_____
DENIS R. HURLEY, U.S.D.J.