```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
---------------------------------------

**UNITED STATES OF AMERICA**                    ORDER OF SUSTENANCE

    -against -                               CR-07-0744 (S-1) DRH


**FRANK LOBACZ**

-------------------------------X

    IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )    LODGING
( X )    SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )    TRANSPORTATION

    TO THE CLERK AND (14 JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON NOVEMBER 12, 2010

DATED: CENTRAL ISLIP, NEW YORK
       NOVEMBER 12, 2010

                                      /S/
                              DENIS R. HURLEY
                              U.S. DISTRICT JUDGE


_____    **DURING TRIAL**

__X__    **DELIBERATING**

_____    **SEQUESTERED**

_____    **OTHER**

                              **A TRUE COPY ATTEST**
                              **DATED: NOVEMBER 12, 2010**
                              **ROBERT C. HEINEMANN, CLERK**
                              **BY: PATRICIA BEST,**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
───────────────────────────────

**UNITED STATES OF AMERICA**                    ORDER OF SUSTENANCE

    -against -                              CR-07-0744 (S-1) DRH


**FRANK LOBACZ**

-------------------------------X

    IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )    LODGING
( X )    SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )    TRANSPORTATION

    TO THE CLERK AND (14 JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON NOVEMBER 12, 2010

DATED: CENTRAL ISLIP, NEW YORK
      <u>NOVEMBER 12, 2010</u>

                                                          /S/
                                           DENIS R. HURLEY
                                           U.S. DISTRICT JUDGE


\_\_\_\_\_     <u>DURING TRIAL</u>

 <u>X</u>\_\_\_     <u>DELIBERATING</u>

\_\_\_\_\_     <u>SEQUESTERED</u>

\_\_\_\_\_     <u>OTHER</u>

                                          <u>A TRUE COPY ATTEST</u>
                                          <u>DATED: NOVEMBER 12, 2010</u>
                                          <u>ROBERT C. HEINEMANN, CLERK</u>
                                          <u>BY: PATRICIA BEST,</u>

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**UNITED STATES OF AMERICA**

                                        ORDER OF SUSTENANCE

    -against -                          CR-07-0744 (S-1) DRH


**FRANK LOBACZ**

-------------------------------X

    IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(    )     LODGING
( X )     SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(    )     TRANSPORTATION

    TO THE CLERK AND (14 JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON NOVEMBER 12, 2010

DATED: CENTRAL ISLIP, NEW YORK
       NOVEMBER 12, 2010

                                        _____/S/_____
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE


_____     **DURING TRIAL**

__X___     **DELIBERATING**

_____     **SEQUESTERED**

_____     **OTHER**

                                        **A TRUE COPY ATTEST**
                                        **DATED: NOVEMBER 12, 2010**
                                        **ROBERT C. HEINEMANN, CLERK**
                                        **BY: PATRICIA BEST,**